**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GRAY, JAMES C.<br>GRAY, CYNTHIA A. | ) | Case No. 09-04641-BHC RJH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

WILLIAM E. PIERCE, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 132 | 11/01/10 | WELLS FARGO BANK, N.A.<br>MAC S4101-08C<br>100 W WASHINGTON ST<br>PHOENIX, AZ 85003 | $695.02 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $695.02 to the Clerk of the Court to be deposited in the Registry thereof.

February 1, 2011
DATE

/s/William E. Pierce
WILLIAM E. PIERCE, TRUSTEE